IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODERICK G. TALLEY                                                                                      PLAINTIFF

v.                                          CASE NO. 4:19-CV-00622 JM

CITY OF LITTLE ROCK et al.                                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on July 13, 2021 (Docket No. 106), it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendants.

IT IS SO ORDERED this 20th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE